IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS BRANCH,

        Plaintiff,                          No. CIV S-08-1550 GGH P

   vs.

N. GRANNIS, et al.,

        Defendants.            ORDER

                                 /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kings County,[1] which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

---

[1] Although named first as a defendant, N. Grannis, the only defendant located in the Sacramento Division of the Eastern District of California, is essentially a nominal defendant in this suit for money damages, who is most likely to be dismissed.

1

1 court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
2 request to proceed in forma pauperis.
3         Good cause appearing, IT IS HEREBY ORDERED that:
4         1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
5         2. This action is transferred to the United States District Court for the Eastern
6 District of California sitting in Fresno; and
7         3. All future filings shall reference the new Fresno case number assigned and
8 shall be filed at:
9     United States District Court
    Eastern District of California
10     2500 Tulare Street
    Fresno, CA 93721
11
12 DATED: 10/29/08
                              /s/ Gregory G. Hollows
13                               UNITED STATES MAGISTRATE JUDGE
14
GGH:009
15 bran1550.22
16
17
18
19
20
21
22
23
24
25
26